IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HOME CITY GRAIN, INC.,  )
)
              Plaintiff,  )
)
v.  )
)    Case No. 6:23-CV-01092-EFM-ADM
)
CONTINENTAL WESTERN INSURANCE  )
COMPANY,  )
)
            Defendant.  )
)

## JOINT NOTICE OF SETTLEMENT

Pursuant to D. Kan. Rule 40.3(a), Plaintiff Home City Grain, Inc. and Defendant Continental Western Insurance Company, through undersigned counsel, hereby notify the Court that the parties have reached an agreement to resolve all claims in this matter. The parties are finalizing the related paperwork and anticipate filing a dismissal stipulation within 3 business days. The parties request the upcoming trial and related hearings be vacated as a result of this notice.

Submitted this 27th of November, 2024, by:

**FOULSTON SIEFKIN LLP**

By: _/s/ Jay F. Fowler_
Jay F. Fowler, KS #10727
Samuel J. Walenz, KS #29114
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
T: 316-291-9788 | F: 316-327-6345:
jfowler@foulston.com
swalenz@foulston.com
ATTORNEYS FOR PLAINTIFF

**SPENCER FANE LLP**

By: _/s/ Jeremy A. Moseley_
Jeremy A. Moseley, KS #22179
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: 303.839.3800
Fax:     303.839.3800
Email:  jmoseley@spencerfane.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 27, 2024, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record to the following email addresses:

- **Olawale O. Akinmoladun**
  wakinmoladun@spencerfane.com,chass@spencerfane.com

- **Jay F. Fowler**
  jfowler@foulston.com,mgrundman@foulston.com,jbuck@foulston.com

- **Jeremy A. Moseley**
  jmoseley@spencerfane.com,kkern@spencerfane.com

- **Samuel J. Walenz**
  swalenz@foulston.com,pballinger@foulston.com

*s/ Jeremy A. Moseley*
An Attorney for Defendant

DENVER9522299.1