IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HOME CITY GRAIN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 6:23-CV-01092-EFM-ADM |
| CONTINENTAL WESTERN INSURANCE COMPANY., | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Home City Grain, Inc. and Defendant Continental Western Insurance Company stipulate to the dismissal of this action with prejudice, each party to bear its own attorney fees and costs.

Submitted this 27th of November, 2024 by:

| **FOULSTON SIEFKIN LLP** | **SPENCER FANE LLP** |
|---|---|
| By: */s/ Jay S. Fowler* | By: */s/ Jeremy A. Moseley* |
| Jay F. Fowler, KS #10727 | Jeremy A. Moseley, KS #22179 |
| Samuel J. Walenz, KS #29114 | 1700 Lincoln Street, Suite 2000 |
| 1551 N. Waterfront Parkway, Suite 100 | Denver, CO 80203 |
| Wichita, Kansas 67206-4466 | Telephone: 303.839.3800 |
| T: 316-291-9788 \| F: 316-327-6345: | Fax:        303.839.3800 |
| jfowler@foulston.com | Email:  jmoseley@spencerfane.com |
| swalenz@foulston.com | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 27, 2024, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record to the following email addresses:

- **Olawale O. Akinmoladun**
  wakinmoladun@spencerfane.com,chass@spencerfane.com

- **Jay F. Fowler**
  jfowler@foulston.com,mgrundman@foulston.com,jbuck@foulston.com

- **Jeremy A. Moseley**
  jmoseley@spencerfane.com,kkern@spencerfane.com

- **Samuel J. Walenz**
  swalenz@foulston.com,pballinger@foulston.com

*s/ Jeremy A. Moseley*
An Attorney for Defendant